# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **PENHALL COMPANY,** <br> *Plaintiff* | § § § | |
| **v.** | § § | |
| **ARCHER WESTERN** <br> **CONSTRUCTION, LLC D/B/A** <br> **GREAT HILLS CONSTRUCTORS;** <br> **SUNDT CONSTRUCTION, INC.;** <br> **AND ARCHER WESTERN** <br> **CONSTRUCTION, LLC AND SUNDT** <br> **CONSTRUCTION, INC. D/B/A** <br> **GREAT HILLS CONSTRUCTORS,** <br> *Defendants* | § § § § § § § § § § | **Case No. 1:24-CV-01170-SH** |

## FINAL JUDGMENT

On this day, the Court granted Defendants' Motion for Traditional Summary Judgment (Dkt. 24). Accordingly, the Court enters **FINAL JUDGMENT** in favor of Defendants.

Pursuant to Federal Rule of Civil Procedure 54(d), the Court awards costs to Defendants as the prevailing party as provided in 28 U.S.C. § 1920.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on March 17, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1